# ATTACHMENT 1

FILED/REC'D
2026 JAN 27 P 12:58

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

# COMPLAINT FORM

(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE  Western  DISTRICT OF  Wisconsin

(Full name of plaintiff(s))

Candice genge

vs

(Full name of defendant(s))

David Galvan

sauk county sheriff

department

Case Number:

26-CV-65 WMC

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of  sauk  and resides at
   (State)

   205 pacific rd merrimac wi 53561-9654
   (Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant **David Galvan**
(Name)

is (if a person or private corporation) a citizen of **Wisconsin**
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for **sauk county sheriff department**
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

David Gallivan violated my civil Federal rights when he took my picture without my know

and proceeded to share it on Snapchat on or about June 28th 2024, I was notified by

Columbia County Sheriff's Department that they were doing an internal investigation

and wanted to inform me that there was an investigation on David Gallivan. the incident

took place in the observation cell at the Sauk County Jail. I had not completed ten hours

Community service and Probation officer was revcocating me back to prison i tried to

commit suicide. while in the observation cell the defendant then took the image of my

naked body and screenshoted my breasts and shared them multiple times on Snapchat

including other deputies employed at the sauk county jail. The defendant admitted that

he did it because " he thought it was funny " and that "he believed the other deputy was boob man" according to the criminal complaint.SAUK county sheriff department is also listed in the lawsuit because the had a duty of law to protect my civil rights. I have also tried to settle this matter without going to the courts. sauk countys attorneys offered me ten thousand dollars to resolve this "incident" personally due to the outrageous conduct and the ongoing mental emotional pain that i am suffering and the invasion of privacy i do not feel that amount is adequate. The sauk county sheriffs department acted deliberatly indiffrent when they did not aquequacy supervise there employee and also faliure to have a proper survallince system in place, since the incident they have upgreaded thier system in the national p.r.e.a reports on thier website.

C.  JURISDICTION

[✔]  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ]  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Compensatory damages, statutory and punitive in an amount to be determined, order t

officer name be on the " Brady list", for sauk county sheriff department to report this

incident to the national prison rape elimination Act. I have read their 2025 reports they

updated thier surveillance system since this incident I hope it never happens again

I trusted sauk county with the thought that I was protected in thier jail. I've reached out

To the attorney for sauk county, they offered me ten thousand to settle all claims against

Sauk county, and all current and ex employees.

E.  JURY DEMAND

☐ Jury Demand - I want a jury to hear my case
OR
☑ Court Trial – I want a judge to hear my case

Dated this __26__ day of __January__ 20__26__.

Respectfully Submitted,

_(signature)_

Signature of Plaintiff

**608-477-1261**

Plaintiff's Telephone Number

**candicegenge6@gmail.com**

Plaintiff's Email Address

**205 pacific rd merrimac Wisconsin 53561**

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.